IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| RANDY HARDIN, E.C. HARDIN, JR., EVELYN H. ALLMON, VERNON BLASINGAME, GARY E. GOODWIN, MELANIE R. GOODWIN, ED FORTSON and MARION FORTSON | PLAINTIFFS |
| v.   NO. 4:00CV00500 SWW | |
| BASF CORPORATION | DEFENDANT |
| FORREST FALLS, MARY ANN FALLS, HILDA BAUMGARNER, LEROY BAUMGARNER, ALLEN COOK, KERRY FALLS, LANE FALLS, SANDY FALLS, GARY HOUSTON, KEITH HOUSTON, ROSE HOUSTON, BENNIE LADD, RUTH LADD, MELVIN MESSER, RUTH MESSER, SHELBY NEWBERRY, and ARTIE WINNINGHAM | PLAINTIFFS |
| v.   NO. 4:00CV00503 SWW | |
| BASF CORPORATION | DEFENDANT |

**ORDER**

On July 25, 2005, the Court received a mandate from the Eighth Circuit Court of Appeals, remanding this case for further consideration in light of the Supreme Court's decision in *Bates v. Dow Agrosciences LLC*., 125 S. Ct. 1788 (2005). Plaintiffs are directed to file a supplemental brief, by August 25, 2005, limited to the issue of whether the Supreme Court's decision in *Bates* requires modification of this Court's order granting Defendant's motion for summary judgment. Defendant may file a responsive brief within 15 (fifteen) days thereafter.

IT IS SO ORDERED THIS 11TH DAY OF AUGUST, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE